USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

YENSEY CONTRERAS, Individually, and
On Behalf of All Others Similarly
Situated,

                Plaintiff,

     -against-

NEW EARTH BEAUTY, INC.,

                Defendant.
-----------------------------------------------------------------X

21-CV-9104 (PGG) (KHP)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Settlement filed on January 18, 2022 (doc. no 10) the Initial Case Management Conference currently scheduled for **February 2, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
             January 19, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge